No. 17,395.

SALTER ET AL. *v.* BOARD OF COUNTY COMMISSIONERS
OF JEFFERSON COUNTY.
(277 P. [2d] 232)

Decided November 29, 1954.   Rehearing denied December 20, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. CHARLES A. MURDOCK, Mr. JOHN P. THOMPSON, for plaintiffs in error.

Mr. WILLIAM HEDGES ROBINSON, JR., for defendant in error.